# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFA MENDOZA,<br><br>Plaintiff,<br><br>v.<br><br>INVESTMENT RETRIEVERS, INC.,<br><br>Defendant. | Case No.: CV17-1806 SVW (RAOx)<br><br>**ORDER**<br><br>HON. STEPHEN V. WILSON<br><br>**JS-6** |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice with each Party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 8, 2017

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE